# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-2804

_____

| | |
|---|---|
| Joseph M. Fuentes, | * |
| | * |
| Appellant, | * Appeal from the United States |
| | * District Court for the |
| v. | * Western District of Missouri. |
| | * |
| United States of America, | * [UNPUBLISHED] |
| | * |
| Appellee. | * |

_____

Submitted: March 18, 1997

Filed: March 31, 1997

_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Joseph M. Fuentes appeals from the denial by the District Court[1] of his 28 U.S.C. § 2255 (1994) motion. After carefully reviewing the record before us and the parties' briefs, we conclude that the District Court's judgment was correct. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT

---

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.